AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LARRY ALLEN POWELL,

    *Plaintiff*

v.

DONALD HOLBROOK,

    *Defendant*

Civil Action No. 2:14-CV-377-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition, signed on November 14, 2014 ECF No. 3, is DISMISSED with prejudice as untimely under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: April 29, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
    *(By) Deputy Clerk*

Virginia Reisenauer